William D. Hyslop
United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FERNANDO GUSTAVO CASTANEDA-SANDOVAL,<br><br>　　　　　　　Defendant. | 1:20-CR-2018-SMJ<br><br>INDICTMENT<br><br>18 U.S.C. § 751(a)<br>Escape from Custody |

The Grand Jury charges:

On or about March 23, 2020, in the Eastern District of Washington, the Defendant, FERNANDO GUSTAVO CASTANEDA-SANDOVAL, did knowingly and willfully escape from custody at the Yakima County Jail, an institutional facility in which he was lawfully confined at the direction of the Attorney General and under and by virtue of any process, to wit, an order of detention, issued under the laws of the United States by the United States District

INDICTMENT – 1

1 | Court for the Eastern District of Washington (Cause No. 1:15-CR-02037-LRS),
2 | after having been arrested on a Petition for Warrant or Summons for Offender
3 | Under Supervision, in violation of 18 U.S.C. § 751(a).
4 |
5 |     DATED this 2 day of June, 2020.
6 |
7 |
8 |                                            Foreperson
9 |     _____
10 | William D. Hyslop
   | United States Attorney
11 |
12 | _____ (for)
   | Ian L. Garriques
13 | Assistant United States Attorney
14 |
15 |
16 |
17 |
18 |
19 |
20 |

INDICTMENT – 2