# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- FERNANDO GUSTAVO CASTANEDA-SANDOVAL, Defendant, | Case No. 1:20-CR-02018-SAB-1 **CRIMINAL MINUTES** DATE: OCTOBER 29, 2020 LOCATION: YAKIMA **SENTENCING HEARING** |
|---|---|

| | **Chief Judge Stanley A. Bastian** | |
|---|---|---|
| Angela Noel **Courtroom Deputy** | 02 **Law Clerk** | Marilynn McMartin **Court Reporter** |
| Ian Lloyd Garriques **Government Counsel** | | Alex B. Hernandez, III **Defense Counsel** |
| **United States Probation Officer:** Jennifer M. Dykstra (Telephone) | | |

**[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Telecon**

Defendant present in custody of United States Marshals Service with appointed counsel.

Court confirmed with counsel that they had no objections to the PSR. Court also confirmed with defense counsel Defendant had the opportunity to review the PSR and further queried Defendant as to whether he had any objections other than that already discussed; Defendant indicated he did not / there were no other objections. Court accepted the Presentence Investigation Report.

Defense counsel addressed the Court regarding issues with BOP running the sentencing in this matter concurrent with the supervised release matter in 1:15-cr-02037-LRS and indicated he would seek a different sentence if this matter were to run concurrent.

Government counsel addressed the Court with his respective recommendation for resolution of the matter. Defense counsel addressed the Court with his respective recommendation for resolution of the matter. Defendant addressed the Court.

**Imprisonment:**     18 Months with credit for any time served, run concurrent with 1:15-CR-2037-LRS
**Supervised Release:**     3 Years with standard conditions **plus special conditions:**
- Must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates
- Must complete mental health evaluation and follow treatment recommendations
- Search of person, vehicle and residence
- Substance abuse evaluation and treatment/counseling, if recommended
- Abstain from controlled substances, including marijuana; Probation Officer is authorized to order up to 6 Uas
- Do not enter any establishment whose primary item of sale is alcohol; abstain from alcohol; Probation Officer authorized to order up to 6 UAs and/or BAs

| **CONVENED:** 2:36 P.M. | **ADJOURNED:** 3:16 P.M. | **TIME:** 0:40 HR. | **CALENDARED** [ N/A ] |
|---|---|---|---|

*United States –vs- Fernando Gustoavo Castaneda-Sandoval*   October 29, 2020
1:20-CR-02018-SAB-1   Page 2
Sentencing Hearing

- Cooperate in the collection of DNA as directed by Probation Officer

**Fine:** Waived
**Special Assessment:** $100 – Inmate Financial Responsibility Program

Appeal rights waived by Plea Agreement including Defendant's right to file a post-conviction 2255 motion <u>except</u> one based upon ineffective assistance of counsel.  Court will recommend Defendant be designated to the Sheridan, Oregon or Sea Tac facility.