PROB 12C
(6/16)

Report Date: September 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval     Case Number: 0980 1:20CR02018-MKD-1

Address of Offender:                    Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: October 29, 2020

Original Offense:       Escape from Custody, 18 U.S.C. § 751(a)

Original Sentence:      Prison - 18 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Ben Seal                        Date Supervision Commenced: June 16, 2021

Defense Attorney:       Alex B. Hernandez, III          Date Supervision Expires: June 15, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated standard condition number 2, by not reporting as directed by 12 p.m. on September 14, 2021.

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions including the standard condition, as noted above.

On September 12, 2021, this officer left Mr. Castaneda-Sandoval a voice message and sent him a text message directing him to report to the probation office by 12 p.m. on September 13, 2021.

On September 13, 2021, Mr. Castaneda-Sandoval sent this officer a text message at 12:36 p.m. stating he was on his way to report to the probation office as directed. He did not show up to the probation office until approximately 4:50 p.m. This officer briefly spoke with Mr.

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
September 15, 2021
Page 2

Castaneda-Sandoval and directed him to call this officer immediately after his treatment appointment on September 14, 2021, to discuss the treatment recommendations. Mr. Castaneda-Sandoval failed to call this officer on September 14, 2021, as directed.

2  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated standard condition number 2, by not reporting as directed on September 15, 2021.

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions including the standard condition as noted above.

On September 1, 2021, Mr. Castaneda-Sandoval attended a Sobriety Treatment and Education Program (STEP) Court session. At the conclusion of the STEP Court session, Mr. Castaneda-Sandoval signed a STEP Court order directing him to report on September 15, 2021, at 10:30 a.m. for his next STEP Court session.

On September 15, 2021, at 8:50 a.m. this officer spoke with Mr. Castaneda-Sandoval about STEP Court. The offender made a commitment to show up for STEP Court at 10:30 a.m. as directed. However, he was a no show for STEP Court.

Mr. Castaneda-Sandoval called this officer at 1:05 p.m. and reported he fell asleep after he spoke with this officer. He also reported he is not feeling well and went to get a COVID test completed. When this officer spoke with the offender before STEP Court, he did not mention he was not feeling well.

3  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated special condition number 6, by failing to report to Merit Resource Services (Merit) on September 9, 2021, for urinalysis (UA).

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions including the special condition as noted above.

On September 10, 2021, this officer received notice from Merit that Mr. Castaneda-Sandoval failed to report for a color line UA on September 9, 2021. This officer contacted Mr. Castaneda-Sandoval about missing his UA. Mr. Castaneda-Sandoval did not have an excuse for missing his UA.

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
September 15, 2021
Page 3

| | |
|---|---|
| 4 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated special condition number 6, by consuming a controlled substance, methamphetamine on or about September 10, 2021, and September 12, 2021.

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions including the special condition as noted above.

On September 10, 2021, Mr. Castaneda-Sandoval reported to Merit for his color line UA. The offender provided a presumptive positive UA for the presence of methamphetamine. After providing the presumptive positive UA, the offender singed a drug use admission form, acknowledging he consumed methamphetamine on or about September 10, 2021.

On September 13, 2021, Mr. Castaneda-Sandoval reported to the probation office and informed this officer that he consumed methamphetamine on or September 12, 2021. He was directed to report to Merit to provide a UA. Mr. Castaneda-Sandoval reported to Merit as directed and provided a positive UA that was sent to Alere Toxicology for confirmation.

| | |
|---|---|
| 5 | **Special Condition #23**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have failed to show up for his scheduled outpatient treatment session at Comprehensive Healthcare on September 8, 2021.

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions including the special condition as noted above.

On September 7, 2021, this officer spoke with a substance abuse counselor at Comprehensive Healthcare in Yakima, Washington, about the offender. The counselor reported Mr. Castaneda-Sandoval is scheduled to start outpatient treatment on September 8, 2021.

On September 14, 2021, this officer spoke with a counselor at Comprehensive Healthcare about Mr. Castaneda-Sandoval. The counselor reported the offender was a no call no show for his outpatient treatment session on September 8, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C

**Re: Castaneda-Sandoval, Fernando Gustavo**
**September 15, 2021**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other



Signature of Judicial Officer

9/15/2021

Date