PROB 12C
(6/16)

Report Date: November 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval     Case Number: 0980 1:20CR02018-SAB-1

Address of Offender:                                    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 29, 2020

Original Offense:     Escape from Custody, 18 U.S.C. § 751(a)

Original Sentence:    Prison - 18 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon             Date Supervision Commenced: June 16, 2021

Defense Attorney:     Jeremy B. Sporn              Date Supervision Expires: June 15, 2024

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/15/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated Mandatory Condition number 1, on November 1, 2021, by committing the offense of Fourth Degree Assault Domestic Violence, in violation of the Revised Code of Washington (RCW) 9A.36.041; and Third Degree Malicious Mischief Domestic Violence, in violation of RCW 9A.18.090.<br><br>Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions, including the mandatory condition as noted above.<br><br>According to the Union Gap Police Department incident report number 21U005039, on November 1, 2021, law enforcement responded to 2019 South Fourth Avenue, Union Gap, Washington, for a domestic in progress. Upon arrival at the scene, officers made contact with the victim of the assault. The victim indicated the assailant in the domestic violence incident was her off and on boyfriend of 7 years, identified as Mr. Castaneda-Sandoval. |

Prob12C
**Re: Castaneda-Sandoval, Fernando Gustavo**
**November 16, 2021**
**Page 2**

The victim stated she and the offender broke up a couple of days prior and the victim kicked the offender out of the house. She advised the offender had just been at the house, had punched her in the face and broken the front door. After the victim removed her glasses, the officer observed swelling/bruising starting to form on and around her right eye. The officer also observed a cut to the right side of the victim's nose. The injury was consistent with being punched in the eye. The victim stated she had been wearing her other glasses, and the assault had caused them to break.

The victim explained the offender arrived at the house before the assault and she refused to let him in the house. The victim noticed the offender went to the back door and was attempting to open the door. She attempted to hold the door shut, but the offender pushed the door open, causing the door to hit her. The victim was holding their 1-year-old daughter at the time.

Once the offender was inside, he was yelling at the victim and was telling her he was going to take the television from the bedroom. The offender also took the victim's cellular telephone from her and said since he paid for the telephone, it belonged to him. After the offender took her telephone, the victim grabbed the children and went outside to her vehicle. The offender followed the victim outside and continued arguing with her. The offender spit in the victim's face and she attempted to spit back onto the offender face, but the offender was able to move away. The offender then punched the victim with a closed fist on her right eye.

The victim stated the offender has assaulted her numerous times in the past, with the most recent assault having occurred 2 weeks prior. The victim said the offender is extremely violent and has made threats in the past against her and her property.

Officers then spoke with the victim's neighbor across the street about the incident. The neighbor explained being outside when she heard yelling. The neighbor did not see the offender punch the victim, but saw the offender kick the screen door, causing it to break. Officers noticed the white metal screen door was off to the side and was off the mounting screws. The victim stated the door was not broken prior to the offender arriving.

The offender left in the victim's 2007 Silver Mercedes before officers arrived. Due to the offender leaving before law enforcement arrived, officers requested a summons be issued for the offender.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Castaneda-Sandoval is scheduled for a detention hearing on November 17, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 16, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
November 16, 2021
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_____11/18/2021_____
Date