PROB 12C
(6/16)

Report Date: November 18, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval    Case Number: 0980 1:20CR02018-SAB-1

Address of Offender:    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 29, 2020

Original Offense:    Escape from Custody, 18 U.S.C. § 751(a)

Original Sentence:    Prison - 18 months    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon    Date Supervision Commenced: June 16, 2021

Defense Attorney:    Nick Mirr    Date Supervision Expires: June 15, 2024

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/15/2021, and 11/16/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated mandatory condition number 1 on November 13, 2021, by committing the offense of hit and run, in violation of the Revised Code of Washington (RCW) 46.52.010; and reckless driving, in violation of RCW 46.61.500.<br><br>Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on June 22, 2021. He signed and acknowledged an understanding of his conditions, including the mandatory condition as noted above.<br><br>According to the Yakima County Sheriff's Office (YSO) incident report number 21C18904, on November 13, 2021, law enforcement responded to 231 North Track Road Wapato, Washington, for an unknown vehicle injury accident. Upon arrival at the scene, a YSO deputy contacted a large group of people near the collision scene. The group of people informed the YSO deputy that the driver of the vehicle was near a smaller group of people who were trying to keep the driver from running away. The deputy contacted the driver of the vehicle who was out of breath, sweating, and dirty. The driver of the vehicle, who was eventually identified as Fernando Gustavo Castaneda-Sandoval, stated he was being chased, |

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
November 18, 2021
Page 2

driving too fast and crashed. The offender was unable to provide a description of the vehicle that was chasing him. Witnesses of the accident reported there was not a vehicle following/chasing the offender.

When the deputy asked for the offender's name, he provided a false name of Robert Castaneda and false date of birth. After the offender was placed in an ambulance for medical treatment, a YSO deputy spoke with a witness who reported the driver of the vehicle was in the ambulance and he was the only occupant of the vehicle that crashed into a telephone pole, as well as a fence. The witness explained that the offender initially ran from the scene and later returned when other residents exited their homes.

The deputy performed a name search for Roberto Castaneda and was unable to locate a file with that name. The deputy then performed a name search of Fernando Castaneda; because the deputy remembered the name from the Yakima County Jail prisoner escape and recognized his photo from local news outlets. After receiving a photo of the offender, YSO was able to positively identify the offender. YSO returned to the ambulance and informed the offender that he was able to confirm his identity. The offender apologized and stated he was on federal probation and got scared. He also admitted that he was driving fast and crashed the vehicle he was driving. The offender was then transported to a local hospital for an evaluation.

YSO deputies evaluated the collision scene and determined the offender was traveling north on North Track Road when he approached a section of the road with a S-curve. The offender was traveling at a high rate of speed and lost control causing his vehicle to lose control. The offender's vehicle turned broadside causing the left rear tire to be torn off. The offender never gained control of the vehicle and it struck a telephone pole; the impact sheered the pole in half.

After the offender was transported to a local hospital, the YSO deputy located an active U.S. Marshal warrant for the offender. YSO went to the hospital and informed the offender he was under an arrest for his warrant. The offender stated he knew he had warrant and apologized for using a fake name. YSO performed a search of the offender's jacket, pants, and shoes since he was under arrest. YSO located a large roll of money that was counted in front of the offender. The amount was $5,699. The offender claimed he won the money at Legends Casino.

Once the offender was medically cleared, he was transported to the Yakima County Jail and the offender was informed he would be receiving a summons in the mail for reckless driving and hit and run.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C

Re: Castaneda-Sandoval, Fernando Gustavo
November 18, 2021
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 18, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/19/2021
Date