PROB 12C
(6/16)

Report Date: April 26, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 28, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval    Case Number: 0980 1:20CR02018-SAB-1

Address of Offender: ███████████████  Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 29, 2020

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 16, 2022 | Prison - time served (66 days)<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 16, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 15, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 4, 2022.

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on March 24, 2022.  He signed and acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated special condition number 5, by consuming methamphetamine on or about April 19, 2022.<br><br>On April 19, 2022, Mr. Castaneda-Sandoval called this officer and left a voice message stating he consumed methamphetamine during the previous weekend.  He also stated he was going to Merit Resource Services (Merit) to provide a random drug test. |

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
April 26, 2022
Page 2

On April 20, 2022, this officer received a drug use admission form from Merit that Mr. Castaneda-Sandoval signed, admitting to consuming methamphetamine. The urinalysis sample was sent to Alere Toxicology for confirmation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 26, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/28/2022
Date