PROB 12C
(6/16)

Report Date: April 4, 2022

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Eastern District of Washington**

Apr 05, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval    Case Number: 0980 1:20CR02018-SAB-1

Address of Offender: ███████████, Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 29, 2020

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 16, 2022 | Prison - time served (66 days)<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 16, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 15, 2024 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Castaneda-Sandoval's conditions of supervised release were reviewed with him on March 24, 2022.  He signed and acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated standard condition number 2, by not calling his officer daily as directed since March 27, 2022.<br><br>On March 24, 2022, this officer directed Mr. Castaneda-Sandoval to telephonically report every day until directed otherwise, for accountability and support.  Mr. Castaneda-Sandoval agreed to call this officer daily until directed otherwise. |

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
April 4, 2022
Page 2

|   |   |   |
|---|---|---|
|   |   | Mr. Castandea-Sandoval telephonically reported to this officer on March 25, and 27, 2022, as directed. However, he has failed to contact this officer since March 27, 2022. The offender is not responding to this officers attempts to contact him and his current whereabouts is unknown. |
|   | 2 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have failed to show up for his scheduled outpatient treatment session at Comprehensive Healthcare on March 30, and 31, 2022.

On March 31, 2022, this officer spoke with a substance abuse counselor at Comprehensive Healthcare in Yakima, Washington, about the offender. The counselor reported Mr. Castaneda-Sandoval failed to attend outpatient treatment on March 30, and 31, 2022. The offender also failed to call his counselor to explain why he could not attend his outpatient treatment sessions.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 4, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/5/2022

Date