PROB 12A
(6/16)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2022

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Fernando Gustavo Castaneda-Sandoval | Case Number: 0980 1:20CR02018-SAB-1 |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 29, 2020 | Type of Supervision: Term of Supervised Release |
| Original Offense: Escape from Custody, 18 U.S.C. § 751(a) | Date Supervision Commenced: August 25, 2022 |
| Original Sentence: Prison 18 months; TSR - 36 months | Date Supervision Expires: June 15, 2024 |
| Revocation Sentence: Prison 51 days; TSR - 22 months (03/16/2022) | |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

On September 21, 2022, this officer met with Mr. Castaneda-Sandoval upon his completion of inpatient treatment. Mr. Castaneda-Sandoval reviewed and signed the judgment, which outlines the conditions of his term of supervised release.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 10 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Fernando Gustavo Castaneda-Sandoval is considered to be in violation of his conditions of supervision by consuming a controlled substance, methamphetamine, on September 30, 2022. |
| | On October 4, 2022, Mr. Castaneda-Sandoval reported to the probation office and admitted to consuming methamphetamine on September 30, 2022. |

**U.S. Probation Officer Action**:

It has been made clear to Mr. Castaneda-Sandoval that his behavior is unacceptable and he was in violation of his supervised release conditions for consuming a controlled substance, methamphetamine.

Prob12A
**Re: Castaneda-Sandoval, Fernando Gustavo**
**October 6, 2022**
**Page 2**

This officer used corrective action to address Mr. Castaneda-Sandoval's behavior. Per the request of Mr. Castaneda-Sandoval, he will report daily, in person, to the probation office for structure and accountability. Mr. Castaneda-Sandoval continues to call the colorline drug testing program operated by Merit. He is to call daily and submit to at least eight random urinalysis tests per month.

Mr. Castaneda-Sandoval is engaged in substance abuse treatment at Comprehensive Health Care in Yakima, Washington. He has a mental health assessment scheduled for October 10, 2022, and should begin mental health treatment shortly after his assessment. Mr. Castaneda-Sandoval is using resources to assist him with his transition back into the community. He is learning how to live a drug free lifestyle; more importantly, he is being honest about his struggles and appears receptive to feedback to address his addiction to controlled substances.

Based on the above-noted information, this officer recommends no action be taken at this time so Mr. Castaneda-Sandoval can be afforded an opportunity to continue with his substance abuse and mental health treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: October 6, 2022.

s/Phil Casey

Phil Casey
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

10/6/2022
Date