# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

| | |
|---|---|
| USA v. FERNANDO GUSTAVO CASTANEDA-SANDOVAL | Case No. 1:20-CR-2018-SAB-1 |

**Preliminary Hearing and Detention Hearing on Supervised Release Petition:**   11/14/2022

☒ Pam Howard, Courtroom Deputy [Y]     ☒ Thomas Hanlon, US Atty
                                     ☒ Nick Mirr, Defense Atty

☒ Phil Casey, US Probation / Pretrial Services     ☒ Interpreter **NOT REQUIRED**

☒ Defendant present in custody USM

---

☒ Defendant continued detained     ☐ Conditions of Release imposed
                                        ☐ 199C Advice of Penalties/Sanctions

## REMARKS

**Preliminary hearing waived by Defendant.**

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Defense is arguing for Defendant to be released to his mother's home. Defense argues Defendant turned himself in. Defense argues Defendant has no new allegations involving violence and not a danger to appear.

Defense proposed additional conditions of release including posting of a bond, GPS monitoring and home confinement.

**The Court ordered:**
1. USA's Motion for Detention is granted; subject to right to return before the Court should circumstances change.
2. There are no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Based on the waiver of Defendant, the Court finds there is sufficient evidence to establish probable cause. The Defendant is bound over for a revocation hearing before the assigned United States Court Judge.