PROB 12C
(6/16)

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: November 8, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 09, 2022**

SEAN F. McAVOY, CLERK

Name of Offender: Fernando Gustavo Castaneda-Sandoval      Case Number: 0980 1:20CR02018-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 29, 2020

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 16, 2022 | Prison - time served (66 days)<br>TSR - 27 months | |
| Revocation Sentence:<br>August 24, 2022 | Prison - time served ( 51 days)<br>TSR- 22 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 16, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 15, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On September 21, 2022, this officer met with Mr. Castaneda-Sandoval upon his completion of inpatient treatment. Mr. Castaneda-Sandoval reviewed and signed the judgment, which outlines the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated special condition number 5, by failing to report for his random drug test on October 28, 2022. |

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
November 8, 2022
Page 2

On September 21, 2022, Mr. Castaneda-Sandoval was placed on the colorline for random drug tests operated by Merit Resource Services (Merit). Mr. Castaneda-Sandoval was informed that his color was white and he will have to provide two random drug tests per week. He was instructed to call the colorline every day and to report to Merit when his color was called.

On October 31, 2022, this officer received a report from Merit stating Mr. Castaneda-Sandoval failed to report for his drug test on October 28, 2022. This officer discussed the missed drug test with Mr. Castaneda-Sandoval. He reported he was overwhelmed on October 28, 2022, and did not report as directed for his drug test.

2	**Special Condition #7**: You will be monitored by GPS Monitoring for a period up to 60 days, and must follow the rules and regulations of the location monitoring program. You are restricted to your residence at all time except for employment; educations; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances: court-ordered obligations; or other activities as pre-approved by the officer (Home Detention). You must pay the cost of the program.

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated special condition number 7, by failing to follow his pre-approved schedule on October 29, 2022.

On October 24, 2022, Mr. Castaneda-Sandoval requested permission to take his daughter to a movie on October 29, 2022. This officer approved the request and allowed Mr. Castaneda-Sandoval to be away from his residence until 9 p.m. on October 29, 2022.

On October 29, 2022, U.S. Probation received an alert that Mr. Castaneda-Sandoval failed to return to his residence at 9 p.m. It was later determined that Mr. Castaneda-Sandoval went to Legends Casino in Toppenish, Washington. Mr. Castaneda-Sandoval did not receive permission to go to Legends Casino.

On October 31, 2022, Mr. Castaneda-Sandoval stated his daughter was ill and he did not take her to a movie; instead he went to Legends Casino with his family.

3	**Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have violated special condition number 5, by failing to report for his random drug test on November 2, 2022.

On September 21, 2022, Mr. Castaneda-Sandoval was placed on the colorline for random drug tests operated by Merit Resource Services (Merit). Mr. Castaneda-Sandoval was informed that his color was white and he will have to provide two random drug tests per week. He was instructed to call the colorline every day and report to Merit when his color was called.

Prob12C
Re: Castaneda-Sandoval, Fernando Gustavo
November 8, 2022
Page 3

> On November 3, 2022, this officer received a report from Merit stating Mr. Castaneda-Sandoval failed to report for his drug test on November 2, 2022. Mr. Castaneda-Sandoval did not contact this officer to explain why he could not report for his random drug test.

4  **Special Condition #9**: You must report in person to the probation office, on time per week for 12 weeks, to begin after inpatient, to discuss weekly plans and schedule.

> **Supporting Evidence**: Mr. Castaneda-Sandoval is alleged to have failed to report to the probation office as instructed on November 7, 2022.
>
> On September 21, 2022, Mr. Castaneda-Sandoval was directed to report to the probation office every Monday, for 12 weeks, to satisfy special condition #9. Mr. Castaneda-Sandoval understood the reporting instructions and reported as directed every Monday. However, on November 7, 2022, Mr. Castaneda-Sandoval failed to report to the probation office and he did not attempt to contact this officer to explain why he could not report.

The U.S. Probation Office respectfully recommends the Court issue a warrant, requiring Mr. Castaneda-Sandoval to answer to the alleged violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 8, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/9/2022
Date