AO 245D    (Rev. 9/19) Judgment in a Criminal Case for Revocations
Sheet 1    Revised by WAED - 9/19

# UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FERNADO GUSTAVO CASTANEDA-SANDOVAL | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  1:20CR02018-SAB-1<br>USM No.  12386-085<br><br>Nick Mirr<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)  SpC5; SpC7; SpC9  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failed to report for urinalysis.  (SpC5) | 10/28/2022 |
| 2 | Failed to follow the rules and regulations of the location monitoring program.  (SpC7) | 10/31/2022 |
| 3 | Failed to report for urinalysis.  (SpC5) | 11/03/2022 |
| 4 | Failed to report to the U.S. Probation Office as directed.  (SpC9) | 11/07/2022 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0228

Defendant's Year of Birth:  1988

City and State of Defendant's Residence:
Yakima, Washington

11/30/2022
Date of Imposition of Judgment

*Stanley A. Bastian* (signature)
Signature of Judge

Stanley A. Bastian    Chief Judge, U.S. District Court
Name and Title of Judge

12/02/2022
Date

AO 245D    (Rev. 09/19) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page 2 of 3

DEFENDANT:  FERNADO GUSTAVO CASTANEDA-SANDOVAL
CASE NUMBER:  1:20CR02018-SAB-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :    4 weeks

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __3__ of __3__

DEFENDANT: FERNADO GUSTAVO CASTANEDA-SANDOVAL
CASE NUMBER: 1:20CR02018-SAB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

TERM OF SUPERVISED RELEASE IS TERMINATED UPON RELEASE FROM IMPRISONMENT.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.